UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMAZ KEBEDE,<br><br>    Plaintiff,<br><br>    v.<br><br>STANFORD HEALTH CARE EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN, et al.,<br><br>    Defendants. | Case No. 18-cv-07596-JSC<br><br>**PRETRIAL ORDER NO. 1** |

Following the Court's review of the parties' Joint Case Management Conference Statement, the Court vacates the case management conference scheduled for March 27, 2019, and orders as follows:

| | |
|---|---|
| Last day to move to amend pleadings: | June 27, 2019 |
| Last day to complete court-sponsored mediation: | June 17, 2019 |
| Fact discovery cut-off: | August 30, 2019 |
| Rule 52 cross-briefs filed: | October 4, 2019 |
| Rule 52 opposition briefs filed: | October 18, 2019 |
| Rule 52 reply briefs filed: | November 1, 2019 |
| Rule 52 hearing: | November 21, 2019 10:00 a.m. |

If the case is not resolved, the Court will hold a status conference with the parties on July 11, 2019 at 1:30 p.m. An updated case management conference statement is due July 5, 2019. The Court will be interested in whether the parties believe referral for a magistrate judge facilitated settlement conference before Rule 52 briefing commences could be productive.

//

//

**IT IS SO ORDERED.**

Dated: March 26, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge